IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA EUGENE ESTES                                                                                  PLAINTIFF
ADC #150891

v.                                              4:23-cv-00441-JM-JJV

TELICIA C. MOTHERSHED,
CO/Sergeant, VSM, ADC; *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Doc. Nos. 4 and 5.) After reviewing the record *de novo*, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 2) is DISMISSED without prejudice. In the future, the Court recommends that dismissal of this action should be counted as a strike under 28 U.S.C. § 1915(g). And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE