IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA EUGENE ESTES                                                                                          PLAINTIFF
ADC #150891

v.                                               4:23-cv-00441-JM-JJV

TELICIA C. MOTHERSHED,
CO/Sergeant, VSM, ADC; *et al.*                                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE